ANDRADES, RECURRENTE, v. EL REGISTRADOR DE SAN JUAN, RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de San Juan, Sección Primera, denegatoria de inscripción de un expediente de dominio.

No. 496.—Resuelto en julio 5, 1921.

EXPEDIENTE DE DOMINIO—DECLARACIÓN DE DOMINIO A FAVOR DEL ESPOSO SIN AUDIENCIA DE LA ESPOSA—DISCRECIÓN JUDICIAL.—En una información instada por el esposo para inscribir a su favor el dominio de bienes adquiridos a título hereditario la corte de distrito tiene facultad para declarar justificada la adquisición y ordenar la inscripción, sin que sea un requisito necesario la previa audiencia de la esposa, cuestion esta última que descansa en la sana discreción de la corte sentenciadora.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. A. Agosto.*

El registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

La nota del registrador fué la siguiente:

"Denegada la inscripción del precedente documento porque siendo casado el promovente y debiendo presumirse ganancial la finca con arreglo a los artículos mil trescientos diez y seis y mil trescientos veinte y dos del Código Civil, se pretende dar a esta finca carácter privativo, sin resultar que en la información haya sido citada y oída la esposa del peticionario; habiéndose tomado en su lugar anotación preventiva por el término legal, al folio 173 del tomo 64 de Santurce Norte finca No. 3379, anotación letra A, en la que además se ha consignado el defecto subsanable de no expresarse que esta resolución sea firme.—San Juan, P. R., 17 de mayo de 1921.—El Registrador, R. Tirado Verrier."

Los procedimientos para obtener el título de dominio revelan que se presentó prueba a la corte de distrito para demostrar que la finca en cuestión pertenecía al marido y fué adquirida por herencia de su madre. Así lo resolvió la corte. Debe haber autoridad en alguna parte y ha sido conferida a la corte de distrito para resolver cuestiones como ésta. A veces pudiera ser mejor oir a la esposa, pero esta es una cuestión que incumbe a la sana discreción de la corte. No existe nada en la ley que haga necesario citar a la esposa como testigo.

La nota recurrida debe ser revocada.

*Revocada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.